255 So.2d 772

**Gladys Lee PEARSON**

v.

**TEXAS EASTERN TRANSMISSION CORPORATION.**

No. 51996.

Jan. 6, 1972.

In re: Texas Eastern Transmission Corporation applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 254 So.2d 155.

Writ refused. On the facts found by the Court of Appeal there is no error of law in the judgment.